United States District Court
Eastern District of New York
## MEMORANDUM

**TO:**        - Daryll Boyd Jones, Esq.
             Law Offices of Daryll Boyd Jones, P.C.
                 Attorney for Plaintiff

             - Anthony W. Eckert, III, Esq.

             - John W. Campbell, Esq.
                 Federal Express Corporation
                 Attorneys for Defendants

**FROM:**    Robert C. Heinemann
             Clerk of Court

**DATE:**    November 9, 2007

**RE:**      <u>Taxation of Costs in Hemraj v. Federal Express Corporation, 06cv5414(CBA)</u>

---

Defendant's Notice of Request to Tax Costs filed on October 31, 2007, and Plaintiff's objections filed on November 6, 2007, and Supplement Affidavit filed on November 7, 2007, have been received.

The defendant indicates that an appeal will be filed and time to appeal the Court's judgment entered on October 26, 2007 remains. Under that circumstance, taxation of costs will be deferred until after either the time to appeal has ended without an appeal being filed, or until the Second Circuit decides any appeal which is timely filed, whichever event is later.

If taxation of costs become timely in the future, the taxation will be by telephone conference call to save travel time for counsel. The original filings will be sufficient unless a party desires to amend or supplement an existing document.